UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANNE M. CORSARO, | Case No. 2:16-cv-01185-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 19) between Plaintiff and Defendant Chase Bank, advising the court that a settlement has been reached between these parties.  The parties request 60 days to finalize settlement paperwork and file a stipulation to dismiss.  Accordingly,

**IT IS ORDERED** that the parties shall have until **November 15, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 23rd day of September, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE