David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Dianne M. Corsaro*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Dianne M. Corsaro,<br><br>                          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, CHASE BANK, NATIONAL ASSOCIATION, SPECIALIZED LOAN SERVICING, LLC, SYNCB/SAMS CLUB DC AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                          Defendants. | **Case No. 2:16-cv-01185-JCM-PAL**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO JPMORGAN CHASE BANK, N.A. ONLY** |

   Plaintiff Dianne M. Corsaro and JPMorgan Chase Bank, N.A. (improperly named as "Chase Bank, National Association") ("Chase") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Chase**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  November 14, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Lindsay Demaree, Esq.<br>Lindsay Demaree, Esq.<br>Ballard Spahr LLP<br>100 North City Parkway<br>Suite 1750<br>Las Vegas, NV 89106-4617<br>*Attorney for Defendant JPMorgan Chase Bank, N.A.* |
|---|---|

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2016