David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Dianne M. Corsaro*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Dianne M. Corsaro,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, CHASE BANK, NATIONAL ASSOCIATION, SPECIALIZED LOAN SERVICING, LLC, SYNCB/SAMS CLUB DC AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 2:16-cv-01185-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO SYNCHRONY BANK A/K/A SYNCB/SAMS CLUB DC ONLY** |

    Plaintiff Dianne M. Corsaro and SYNCHRONY BANK A/K/A SYNCB/SAMS CLUB DC ("SYNCHRONY") hereby stipulate and agree that the

…

…

…

…

…

above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SYNCHRONY**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:          November 30, 2016

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:
/s/ Rex D. Garner, Esq.
Rex D. Garner, Esq.
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
*Attorney for Defendant SYNCHRONY BANK A/K/A SYNCB/SAMS CLUB DC*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 5, 2016