1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANNE M. CORSARO,<br><br>                                    Plaintiff,<br><br>      v.<br><br>BANK   OF   AMERICA,   NATIONAL<br>ASSOCIATION, et al.,<br><br>                                    Defendants. | Case No. 2:16-cv-01185-JCM-PAL<br><br>ORDER |

Before the court is the Notice of Settlement (ECF No. 35) between Plaintiff and Defendant Experian Information Solutions, advising the court that a settlement has been reached between these parties.  The parties request 60 days to finalize settlement paperwork and file a stipulation to dismiss.  Accordingly,

**IT IS ORDERED** that the parties shall have until **February 12, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 15th day of December, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1