Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Diane M. Corsaro, <br><br>          Plaintiff, <br><br> v. <br><br> Bank of America, National Association; Chase Bank, National Association; Specialized Loan Servicing, LLC; Synchrony Bank A/K/A SYNCB/Sams Club DC; Experian Information Solutions, Inc., <br><br>          Defendants. | Case No.: 2:16-cv-01185-JCM-PAL <br><br> **Notice of Settlement between Plaintiff and Defendant Specialized Loan Servicing, LLC** |

# NOTICE

The dispute between Plaintiff Diane M. Corsaro ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("Defendant") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before May 2, 2017.

DATED this 3rd day of March 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117
    *Attorneys for Plaintiff*

**IT IS ORDERED** that Plaintiff and Defendant Specialized Loan Servicing, LLC shall have until **May 2, 2017**, to file a stipulation to dismiss, or a joint status report indicating when the stipulation will be filed.

Dated: March 6, 2017.

    Peggy A. Leen
    United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 3, 2017, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117