Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Diane M. Corsaro*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Diane M. Corsaro,<br><br>　　　　Plaintiff,<br>v.<br><br>Bank of America, National Association; Chase Bank, National Association; Specialized Loan Servicing, LLC; Synchrony Bank A/K/A SYNCB/Sams Club DC; Experian Information Solutions, Inc.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-01185-JCM-PAL<br><br>**Status Report Regarding Settlement between Plaintiff and Specialized Loan Servicing, LLC** |

## JOINT STATUS REPORT

The dispute between Plaintiff Diane M. Corsaro and Defendant Specialized Loan Servicing, LLC ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms and are finalizing their settlement agreement. The Parties anticipates filing dismissal documents as to Defendant within 30 days—on or before May 31, 2017.

DATED this 1st day of May 2017.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*


**Tiffany & Bosco P.A.**

By: /s/ Matthew K Schriever
Matthew K Schriever, Esq.
Gregory L Wilde, Esq.
212 South Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Specialized Loan Servicing, LLC*


**IT IS SO ORDERED** this 2nd day of May, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 1, 2017, the foregoing status report was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117