Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Diane M. Corsaro*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Diane M. Corsaro,<br><br>　　　　Plaintiff,<br>v.<br><br>Bank of America, National Association; Chase Bank, National Association; Specialized Loan Servicing, LLC; Synchrony Bank A/K/A SYNCB/Sams Club DC; Experian Information Solutions, Inc.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-01185-JCM-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SPECIALIZED LOAN SERVICING, LLC** |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Diane M. Corsaro ("Plaintiff") and Specialized Loan Servicing, LLC ("Defendant") stipulate to dismiss, with prejudice, Plaintiff's claims against Defendant only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 30th day of May 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**TIFFANY & BOSCO, PA**

By: /s/ Matthew K Schriever
Gregory L. Wilde, Esq.
Matthew K Schriever, Esq.
212 South Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Specialized Loan Servicing, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 1, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 30, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117